IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA,    )
                             )
         v.                  ) Criminal No. 07-85
                             )
JOSE ALBERTO SANCHEZ-TOVARA,)
         Defendant.          )
```

ORDER

AND NOW, this 19th day of March, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered March 19, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, March 21, 2007 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster        ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Margaret E. Picking,
    Assistant United States Attorney

    Thomas Livingston,
    Assistant Federal Public Defender

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation

    Ana Lahr,
    Court Interpreter